AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| TONY HANCOCK and F/V, AUNT T.,<br><br>*Plaintiff(s)*<br>v.<br><br>AS SAMANTA SCHIFFFAHRTSGESELLCHAFT MBH & CO. KG, HARPER PETERSON HOLDING, AS SAMANTA SCHIFFARHRTS, AS SAMANTA, MARINE CORPORATION, CONTCHART GMBH & CO. KG, WILHELMSEN AHRENKIEL STEAMSHIP GMBH & CO. KG AND MAERSK A/S *in personam*, and M/V AS SAMANTA (formerly MAERSK WEYMOUTH), *in rem.*,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  4:21CV1486 RBH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
AS SAMANTA SCHIFFFAHRTSGESELLCHAFT MBH & CO. KG
HARPER PETERSEN HOLDING
AS SAMANTA SCHIFFARHRTS, AS SAMANTA MARINE CORPORATION
CONTCHART GMBH & CO KG
Palmaille 75
22767 Hamburg Germany

WILHELMSEN AHRENKIEL STEAMSHIP GMBH & CO, KG
Palmaille 67
22767 Hamburg Germany

MAERSK A/S *in personam*, and M/V ASSAMANTA (formerly MAERSK WEYMOUTH), *in rem*
Hines & Gilsenan, LLC
Ryan Gilsenan
Julius Hines
Edward N. Smith
1535 Hobby Street, Suite 203D
Charelston Navy Yard
North Charleston, SC 29405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Thomas W. Winslow, Esq.
Goldfinch Winslow LLC
11019 Ocean Highway
Pawleys Island, SC 29585

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

AO 440 (Rev. 06/12)  Summons in a Civil Action

You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:21CV1486 RBH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____                                _____
                                                                                      *Server's signature*

                                                                 _____
                                                                                     *Printed name and title*

                                                                 _____
                                                                                       *Server's address*

Additional information regarding attempted service, etc:

**Print**     **Save As...**                                                                                        **Reset**