STATE OF SOUTH CAROLINA  )

COUNTY OF GEORGETOWN  )

## VERIFICATION

**COMES NOW, Thomas W. Winslow, Esq. who deposes and says:**

1. My name is Thomas W. Winslow, I am a citizen of the United States, over the age of 18, of sound mind and attorney for the Plaintiffs in this civil action.

2. I have read the foregoing Amended Verified Complaint and know the contents thereof and the same are true to the best of my knowledge, except as to those matters therein stated to be on information and belief, and as to those matters, I believe them to be true.

3. The sources of my information and the grounds of my belief are documents in my possession from the Plaintiffs.

4. I am executing this verification due to Plaintiffs not being located in Pawleys Island, South Carolina at the time of the filing of this verified complaint.

5. The source of my information and belief are statements made by representatives of Plaintiffs and documents provided by same.

Further this affiant sayeth naught.

_____
Thomas W. Winslow, Esq.

Sworn before me this 28th
day of May, 2021

_Doreen D. Webb_
NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES: 10/16/2027

21